No. 71–5998.   HAYES *v.* CALIFORNIA.   Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–1142.   UNITED STATES *v.* HARPER.   Appeal from D. C. Mass.   Motion to dispense with printing motion to affirm granted.   Judgment vacated and case remanded with directions to dismiss proceedings as moot.

No. 71–589.   RANCH-WAY, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Burns International Security Services, Inc., ante,* p. 272.